**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP - 5 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **4:13CR359 FRB** |
| vs. ) | |
| ) | |
| AMANDA EDWARDS, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges that:

Beginning in or about January of 2011 and continuing until about July 27, 2011, in the Eastern District of Missouri,

**AMANDA EDWARDS**,

the defendant herein, did knowingly and willfully make a false entry in and willfully concealed and destroyed books, reports, records and statements required to be kept by the International Association of Machinists District Lodge 837 pursuant to Title 29 of the United States Code.

In violation of Title 29, United States Code, Section 439(a) and (c).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

Dianna R. Collins, #59641
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Dianna R. Collins, an Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

DIANNA R. COLLINS, 59641

Subscribed and sworn to before me this 5th day of September 2013.

CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK